

BNY MELLON
ASSET SERVICING
P.O Box 569
Pittsburgh, PA 15230-0569

**SEPTA C/F HOURLY PENSION TRUST**

NAME AND ADDRESS

WILLIAM R MOORE           8901 0057-21-33-AADC
1211 WELLINGTON ST.
PHILADELPHIA, PA 19111-4226

```
YEAR TO DATE TAX INFO
TOTAL GROSS         20,711.12
TOTAL TAXABLE       20,695.83
FED INC TAX            534.21
```

## PAYMENT SUMMARY

```
ACCOUNT NUMBER  SPT06MHH5H4M600        DATE OF CHECK          11/01/17
PAYEE NAME      WILLIAM R MOORE        NET PAYMENT AMOUNT     1,822.61
```

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| PAYMENT | 0.00 | 7,616.40 | FED TAX | 47.27 | 534.21 |
| CO PAY | 1.39 | 15.29 | | | |
| RET PYMT | 1,868.49 | 13,079.43 | | | |
| TOTAL | 1,869.88 | 20,711.12 | TOTAL | 47.27 | 534.21 |

REGISTER TODAY FOR OUR INTERACTIVE WEBSITE SERVICE TO
MANAGE YOUR CHANGES AND VIEW YOUR PAYMENT HISTORY ON-LINE.
PLEASE VISIT BNYM.ACCESSMYRETIREMENT.COM TO REGISTER.

W/H ELECTIONS:  FED    CALCULATED - M/02
                STATE  NO WITHHOLDING

(Detach Here)



BNY MELLON
ASSET SERVICING
P.O Box 569
Pittsburgh, PA 15230-0569

**SEPTA C/F HOURLY PENSION TRUST**

NAME AND ADDRESS

```
                                            YEAR TO DATE TAX INFO
                                            TOTAL GROSS      18,841.24
                                            TOTAL TAXABLE    18,827.34
     WILLIAM R MOORE        9777 0946-24-41-AADC   FED INC TAX        486.94
     1211 WELLINGTON ST.
     PHILADELPHIA, PA 19111-4226
```


## PAYMENT SUMMARY

```
ACCOUNT NUMBER  SPT06MHH5H4M600              DATE OF CHECK           10/01/17
PAYEE NAME   WILLIAM R MOORE                 NET PAYMENT AMOUNT       1,822.61

PAYMENTS      CURRENT    YEAR TO DATE   DEDUCTIONS    CURRENT   YEAR TO DATE
PAYMENT         0.00        7,616.40    FED TAX        47.27         486.94
CO PAY          1.39           13.90
RET PYMT    1,868.49       11,210.94
TOTAL       1,869.88       18,841.24    TOTAL          47.27         486.94
```

ANNUAL REMINDER: TO CHANGE YOUR FEDERAL TAX WITHHOLDING ELECTION,
CONTACT MAUREEN JOHNSON AT 215-580-3510 AT SEPTA BENEFITS FOR FORMS OR
CHANGES, OR GO TO WWW.IRS.GOV.
REGISTER TODAY FOR OUR INTERACTIVE WEBSITE SERVICE TO
MANAGE YOUR CHANGES AND VIEW YOUR PAYMENT HISTORY ON-LINE.
PLEASE VISIT BNYM.ACCESSMYRETIREMENT.COM TO REGISTER.

W/H ELECTIONS:  FED    CALCULATED - M/02
                STATE  NO WITHHOLDING

(Detach Here)

SUPER SAFETY ANTI-FRAUD PROTECTION



BNY MELLON
ASSET SERVICING
P.O. Box 569
Pittsburgh, PA 15230-0569

**SEPTA C/F HOURLY PENSION TRUST**

NAME AND ADDRESS

WILLIAM R MOORE          9739 0842-23-35-AADC
1211 WELLINGTON ST.
PHILADELPHIA, PA 19111-4226

```
YEAR TO DATE TAX INFO
TOTAL GROSS        16,971.36
TOTAL TAXABLE      16,958.85
FED INC TAX           439.67
```

## PAYMENT SUMMARY

```
ACCOUNT NUMBER  SPT06MHH5H4M600                DATE OF CHECK          09/01/17
PAYEE NAME      WILLIAM R MOORE                NET PAYMENT AMOUNT      1,822.61

PAYMENTS         CURRENT     YEAR TO DATE   DEDUCTIONS     CURRENT    YEAR TO DATE
PAYMENT             0.00         7,616.40   FED TAX          47.27          439.67
CO PAY              1.39            12.51
RET PYMT        1,868.49         9,342.45
TOTAL           1,869.88        16,971.36   TOTAL            47.27          439.67
```

REGISTER TODAY FOR OUR INTERACTIVE WEBSITE SERVICE TO
MANAGE YOUR CHANGES AND VIEW YOUR PAYMENT HISTORY ON-LINE.
PLEASE VISIT BNYM.ACCESSMYRETIREMENT.COM TO REGISTER.

W/H ELECTIONS: FED    CALCULATED - M/02
               STATE NO WITHHOLDING

(Detach Here)