# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                               Chapter 13

                                               Bankruptcy No. 17-17557-MDC

WILLIAM  MOORE

1211 WELLINGTON STREET

PHILADELPHIA, PA 19104

        Debtor

### CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      WILLIAM  MOORE

      1211 WELLINGTON STREET

      PHILADELPHIA, PA 19104

**Counsel for debtor(s), by electronic notice only.**
      PAUL H YOUNG
      3554 HULMEVILLE RD
      SUITE 102
      BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

                           /s/ William C. Miller

Date: 2/21/2018

                                   _____
                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee