# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   WILLIAM MOORE | : | CHAPTER 13 |
| | : | |
| Debtors | : | BANKRUPTCY NO. 17-17557 |

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

I, Paul H. Young, Esquire, attorney for Debtors, do hereby certify the following:

1.      On **February 16, 2018**, I served a true and correct copy of the Application for Counsel Fees on the Debtor, Trustee and all interested parties.

2.      I have not received a responsive pleading from any party in interest within the time period provided by the Rules of the Court.

3.      On **July 17, 2018**, I served a true and correct copy of the Order Dismissing Chapter 13 Case on the Debtor, Trustee and all interested parties.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Application for Compensation of this Chapter 13 Case.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA   19020
(215) 639-5297