U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   WILLIAM MOORE              :   CHAPTER 13
                                    :
         Debtor(s)                  :   BANKRUPTCY NO. 17-17557

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated July 16, 2018 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

*Magdeline D. Coleman*
_____
J.