# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 17-17557-MDC

WILLIAM MOORE

1211 WELLINGTON STREET

PHILADELPHIA, PA 19104

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM MOORE

1211 WELLINGTON STREET

PHILADELPHIA, PA 19104

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                            /S/ William C. Miller

Date: 9/7/2018                            _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee