United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17557-mdc
William Moore                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: John               Page 1 of 2              Date Rcvd: Oct 19, 2018
                                Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
```
db             +William Moore,    1211 Wellington Street,    Philadelphia, PA 19111-4226
14020584       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14092399       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14031861       +U.S. Bank National Association,    Trustee for PA Housing Finance Agency,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14014728       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:21:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2018 02:21:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14092235        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2018 02:24:52
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14010458        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2018 02:24:29     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14096982        E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:21:50     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14010459       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2018 02:24:29     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14010460       +E-mail/Text: bkr@cardworks.com Oct 20 2018 02:20:47     Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14010461       +E-mail/Text: bkr@cardworks.com Oct 20 2018 02:20:47     Cardworks/CW Nexus,    Pob 9201,
                 Old Bethpage, NY 11804-9001
14010463       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 20 2018 02:22:27
                 Credit Collections Services,    725 Canton St,    Norwood, MA 02062-2679
14010462       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 20 2018 02:22:27
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14092162        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2018 02:25:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of Providian National Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14092119        E-mail/Text: bkr@cardworks.com Oct 20 2018 02:20:47     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14010465       +E-mail/Text: blegal@phfa.org Oct 20 2018 02:21:27     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14010464       +E-mail/Text: blegal@phfa.org Oct 20 2018 02:21:27     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
                                                                                              TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Oct 19, 2018
                               Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              PAUL H. YOUNG    on behalf of Debtor William  Moore support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: WILLIAM MOORE | : | Chapter 13 |
| , | : | |
| Debtor(s). | : | Bankruptcy No. 17-17557-MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).

Dated: 10/18/2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE