U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   WILLIAM MOORE          :   CHAPTER 13
                                :
         Debtor(s)              :   BANKRUPTCY NO. 17-17557

ORDER

AND NOW, this 13th day of December, 2018, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the ~~Order of Dismissal dated October 18, 2018 is hereby VACATED and the above case is REOPENED. The Automatic~~ Motion is DENIED for the reasons stated on the record. ~~Stay of Proceedings SHALL remain in full force and effect until further Order of Court.~~

BY THE COURT:

_Magdeline D. C_____
J.