United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Moore  
    Debtor

Case No. 17-17557-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 2    Date Rcvd: Dec 14, 2018  
                  Form ID: pdf900    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.

```
db              +William Moore,    1211 Wellington Street,    Philadelphia, PA 19111-4226
14020584        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
14092399        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                  Harrisburg, PA 17101-1406
14031861        +U.S. Bank National Association,    Trustee for PA Housing Finance Agency,
                  c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14014728        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Dec 15 2018 03:03:29     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 03:02:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2018 03:03:26     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14092235         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2018 03:15:44
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                  Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14010458         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 03:05:03     Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
14096982         E-mail/Text: megan.harper@phila.gov Dec 15 2018 03:03:29     City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
14010459        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 03:05:13     Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14010460        +E-mail/Text: bkr@cardworks.com Dec 15 2018 03:02:24     Cardworks/CW Nexus,    Attn: Bankruptcy,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
14010461        +E-mail/Text: bkr@cardworks.com Dec 15 2018 03:02:24     Cardworks/CW Nexus,    Pob 9201,
                  Old Bethpage, NY 11804-9001
14010463        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 15 2018 03:04:14
                  Credit Collections Services,    725 Canton St,    Norwood, MA 02062-2679
14010462        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 15 2018 03:04:14
                  Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                  Norwood, MA 02062-2679
14092162         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2018 03:16:01
                  LVNV Funding, LLC its successors and assigns as,    assignee of Providian National Bank,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14092119         E-mail/Text: bkr@cardworks.com Dec 15 2018 03:02:24     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14010465        +E-mail/Text: blegal@phfa.org Dec 15 2018 03:03:12     Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
14010464        +E-mail/Text: blegal@phfa.org Dec 15 2018 03:03:12     Pa Housing Finance Age,    Po Box 8029,
                  Harrisburg, PA 17105-8029
                                                                                               TOTAL: 15
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: John                 Page 2 of 2                   Date Rcvd: Dec 14, 2018
                                  Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              PAUL H. YOUNG    on behalf of Debtor William  Moore support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   WILLIAM MOORE            :   CHAPTER 13
                                  :
         Debtor(s)                :   BANKRUPTCY NO. 17-17557

## ORDER

AND NOW, this 13th day of December, 2018, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the ~~Order of Dismissal dated October 18, 2018 is hereby VACATED and the above case is REOPENED. The Automatic~~ Motion is **DENIED** for the reasons stated on the record. Stay of Proceedings SHALL remain in full force and effect until further ~~Order of Court~~.

BY THE COURT:

_Magdeline D. C_____
J.